IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JEANIE M. BURLEY,

    Plaintiff,

v.    CV 114-184

ROBERT HAMILTON,
DEPARTMENT OF VETERANS AFFAIRS

    Defendant.

# ORDER

On September 25, 2013, the Court directed Defendant to show cause why this case should not be remanded for lack of subject matter jurisdiction, specifically because Defendant's removal was untimely pursuant 28 U.S.C. § 1446(b).[1] (Doc. 5.) Based upon Defendant's response (Doc. 6), the Court is satisfied that it properly may retain jurisdiction of this case despite the procedural defect with Defendant's Notice of Removal (Doc. 1). The Court does not, however, foreclose consideration of a motion to remand should Plaintiff timely elect to file one.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of October, 2014.

                    HONORABLE J. RANDAL HALL
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF GEORGIA

---

[1] 28 U.S.C. § 1446(b) provides that such notice of removal "shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim" or "within 30 days after the service of summons upon the defendant."