IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JEANIE M. BURLEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-184 |
| ROBERT HAMILTON, DEPARTMENT OF VETERANS AFFAIRS | * | |
| Defendant. | * | |

## O R D E R

Presently pending before the Court is the parties' stipulation of voluntary dismissal with prejudice. (Doc. 8.) As the parties have reached a settlement in this matter, they further have agreed to the dismissal of the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk shall terminate all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of October, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA